# CERTIFICATE OF SERVICE

I, __Aurora DeVilbiss_____ (name), certify that service of this summons and copy of the complaint was made __August 14, 2019_____ (date) by:

☒ Mail Service: Regular, first class United States mail, postage fully pre–paid, addressed to:
Ignacio G Salcedo  3143 Dover Way  Concord, CA 94518

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendent at:

☐ Residence Service: By leaving the process with the following adult as:

☒ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addresses to the following officer of the defendant at:
Stephen V. Figliuolo, EXECUTIVE VICE PRESIDENT, CHIEF RISK OFFICER
5151 Corporate Drive Troy, MI 48098-2639

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursant to the laws of State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____    Signature _____
Print Name: Aurora DeVilbiss
Business Address: 2033 N Main St #720
Walnut Creek, CA  94596