# Request to Change Attorney Address in CM/ECF

*Use this form to change an attorney address and contact information in the Court's CM/ECF records. Do not use this form for a substitution of attorney, to file a notice a change of address, add a creditor or otherwise amend a bankruptcy schedule or list, to modify a creditor address or for any other request to change an address or contact information on file with the Court.*

**Attorney Name**: Mark V. Isola

**State Bar Number**: 154614

Effective 8/12/2019, the mailing address and contact information for the above named attorney is changed as follows:

**Law Firm Name**: Brothers Smith LLP

**Mailing Address**: 2033 N Main St

**Attorney Name**: Mark V. Isola

**Telephone Number**: 9259449700

**Primary Email Address** (required): misola@brotherssmithlaw.com

**Secondary Email Address** (optional): axd@brotherssmithlaw.com

This change applies to the following bankruptcy cases and adversary proceedings in which the above named attorney has appeared (check all that apply):

☑ All Closed Bankruptcy Cases and Adversary Proceedings

☑ All Pending Bankruptcy Cases and Adversary Proceedings

☑ All Bankruptcy Cases and Adversary Proceedings Filed on or after Above Effective Date

☐ The Bankruptcy Case(s) and Adversary Proceeding(s) Listed Below (attach additional list, if necessary):

| Bankruptcy Case or Adversary Proceeding Name | Case or AP Number |
|---|---|
| | |
| | |
| | |
| | |

I certify compliance with all applicable address change filing and noticing required pursuant to Civil Local Rule 3-11, as incorporated by Bankruptcy Local Rule 1001-2(a).

Date: 08/12/2019

Signature of Requesting Attorney (required)

*Send this completed form to helpdesk@canb.uscourts.gov or via regular mail to United States Bankruptcy Court, Attention: Helpdesk, 450 Golden Gate Avenue, Mail Box 36099, San Francisco CA 94102. Do not file this form in a bankruptcy case or adversary proceeding.*

5/2018